Robert Wilson
77 Mastro Road
Calverton, NY 11933

FILED
IN CLERK'S OFFICE
U.S. DISTRICT C          N.Y.

★ MAY 02 2022

LONG ISLAND OFFICE

April 28, 2022

Honorable Gary R. Brown
United States District Judge
Eastern District of New York
940 Federal Plaza
Central Islip, New York 11722

Re:   Wilson v. Cuomo, et al.
       Civil Action No. CV-21-4815
       (Brown, G.R.) (Shields, M.J.)

Dear Judge Brown

This letter is to inform you of the Riverhead Defendants last action and to question the time that it has taken this court to provide me with the Default Judgements I am entitled. The action of all of these defendant lead to may business being shout down and a complete loss of value. Under the valuation method supplied by Janus Investments the company is worth $2,849,000,000 and with 4% compounded interest over the last four years the damages done to me $3,332,927,037.44. Here are the statutes and action that are clearly Unconstitutional and lead to these damages.

1. The State of New York's Lien Article 3-A, Section 71.a4(a), lay out this statute starting on page 8 of my original compliant, Says that if a contract gets a payment from the consumer they must deposit it in an account and let the consumer know where the account is. If the contractor does not do so they can be charged with thief and prosecuted by the criminal Justice System at the Public expenses. If the consumer receives materials and labor from the contractor and the consumer does not pay the contractor the contractor at their own expenses must sue the consumer at their own expense in civil court. Only a complete fool can not understand that this law is Unconstitutional and does not provide equal protection. As for Cuomo it was his responsibility as the Governor and the Chief

Robert Wilson
77 Mastro Road
Calverton, NY 11933

Law Enforcement Official of New York States to ensure these violation did not accrue in not ensuring the States statues did not violate the Constitution. In this case the States Line Law violates 14th Amendments Equal Protection and state action clauses and the state action clause and Section 3 of Article 6 Oath Clause that binds Cuomo to the Constitution for which he has no defenses or excuses.

2. The Town of Southold and the Suffolk County DA office with assistance from the Riverhead Town Police, Suffolk County Sheriff Office and the US Marshalls Services arrested me for a compliant brough under The State of New York's Lien Article 3-A, Section 71.a4(a), after I informed the Southold Town Police Chief that it was Unconstitutional, and that the consumer owed me money. This violates the equal protection clause and the States Action clause of 14th Amendment and Section 3 of Article 6 Oath clause which binds them to the Constitution. They have no defenses for their action as being bound to the Constitution means they are personal responsible for ensuring their action are not violating anyone Constitutional Rights, which they did not.

3. Suffolk County charged me with violating Suffolk County Code Chapter 563, Section 3.A. Yet Chapter 563-22 A states they have 30 days to rejected you or provide a temporary license, which they did not. Again, they violate the equal protection clause of the 14th Amendment and the States Action clause of 14th Amendment and Section 3 of Article 6 Oath clause which binds them to the Constitution. They have no defenses for their action as being bound to the Constitution means they are personal responsible for ensuring their action are not violating anyone Constitutional Rights, which they did not..

4. This case was dismissed by the Suffolk 1st District Court on December 12, 2020. They also charged me with violation of the Suffolk County Code SCL 564 4 Failed to Register

Robert Wilson
77 Mastro Road
Calverton, NY 11933

with Licensed Professional Wall of Shame Registry Docket CR-036835-19SU. The case

was sealed on June 17, 2021.

5.  Suffolk County Department of Labor, Licensing & Consumer Affairs sent me a letter

about and Administrative Hearing for September 19, 2018 @ 1pm order by James M.

Andrews Administrative Director of Consumer Affairs. On December 10, 2018, I

received a Notice of Decision of course upholding all their charges and signed by James

M. Andrews Administrative Director of Consumer Affairs. This is as blatant of a

violation of the 6th Amendment as there was nothing impartial about the jury. Again, they

violated my 14th Amendment Rights to equal protection as well as the States Action

Cluse and Section 3 of Article 6 Oath Clause that binds them to comply with the

Constitution. This means they have no defenses to their action as they are responsible to

ensure they are in compliance with the Constitution. I provided documentation to all of

this in my response to the Riverhead Defendants Motion.

6.  The New York States Dependents, The United States Government Defendants, The

Suffolk County Defendants, and the Southold Town Defendants all defaulted. The two

defendants that made an apparencies a minimum of 58 days after they defaulted have

provided no good reason for their default. They have try to use precedence from Federal

Courts and the Federal Rules of Civil Procedure as their reasoning beside the fact that

both of these were created under Unconstitutional means, how is that an excuse for being

almost 2 months late? It is not. The Federal Rules of Civil Procedure conflicts with the 7th

Amendment as it  tries to replace common law governing the civil proceeding when the

7th Amendment  which it is forbidden from doing by Article 6 Section 2 which also binds

Judges from deviating from the Constitution. The Judiciary Act of 1789 is also

Robert Wilson
77 Mastro Road
Calverton, NY 11933

Unconstitutional. Article 1 Section 8 Clause 15 clearly show that Congress has no authority to create law enforcement agencies. If Congress had any authority to create law enforcement agencies it would not stated that Congress had the power to call out the Military to execute the laws of the land. The fact that Congress must call forth the Military is expressly vesting law enforcement with the Military. That is so clear by that statement that a First Grader could comprehend such a fact. This means that the US Attorney, the US Marshalls, every other of crime fitting organization created by the Attorney General and all Federal Judges are illegal. This also means that any ruling by any Federal Judge is fraudulent meaning presidents are voided. So, the New York and United States Defendant have no right to be heard because they defaulted without good reason. Article 3 only gives Congress the right to create courts not staff them another sign that enforcement is vest in the Military.

7. This goes to more of the mind set of the Riverhead Town Justices system. I was in Landlord-Tent Court on April 27, 2022, at 2pm and the sitting Judge Lori Hulse was the same Judge that issue the Criminal Summons that had been thrown out 3 years before and had ruled against me on a contractors licenses case claiming there was no such thing as temper license. I as her to request herself she then claimed there was no such cases but did turn the case over to another Judge. This just shows more behavior by Riverhead that there is a major problem in the justices system.

Any reasonable person can see that Congress has no authority to create law effacement Agencies. All of the Defendants involved in this case are bound to the Constitution by Article 6 Section 2 &/or 3. Their violation of any constitutional rights has no defense it is clear to a 9-year-old they all violated my rights and cause me damage by cause my business to good out of

Robert Wilson
77 Mastro Road
Calverton, NY 11933

business. This case has been going on for 9 months and should not have taken 9 seconds. I

expect this court to issue my default Judgement for the Southold, Suffolk Count, USA, and New

York State Defendants by May 4, 2022, if not turn the case over to the Judge Advocate Generals

office of the Air Force, Army, Navy, of Cost Guard as they are the only legitimate Federal

Judges in this Country. I have attached documentation that backs all of my claims to this letter.

Sincerely

Robert Wilson, Plaintiff

All Defendant Attorneys Notified by Mail

Someone who claims they are one of your police officers called me claim to have a warrant for my arrested on Grand Larceny Charge. He would not give me his badge number or name or tell me what this so call charge was all about. Well, I got enough out of him to know it had to do with an unconstutional case brough against me in Suffolk County Court in Islip that was dismissed. The harassment by your Cop and what ever judge they lied to is a Federal Crime. It is called double Jeopardy and is a violation of the United States Constitution. If this Clown James Hall that filed the case thinks he can us the judgement of the unconstitutional Labor Board Kangaroo Court that is also unconstitutional by both the 6th Amendment and US Supreme Court Case Named LUCIA ET AL v. SECURITIES AND EXCHANGE COMMISSION he and your officer are mistaken.

You see the whole statute that is used by the Labor Board for Professional Licensing is unconstitutional due to 2 facts 1. The director of the Licensing Area James Andrews decides that cases and since he is biased that is unconstitutional and 2. Just about ever provision of the statute has been struck down by the Supreme Court. In this case Mr. Hall violated provision of the contract by locking us out of the job and using an illegal process to try an settle a civil manor as I claim he owes me money and he must go to arbitration to settle the case. New York's attempted at claim you cannot have an arbitration clause in a service contract has been struck down some 70 times by the Court as unconstutional and in direct conflict with Federal Law. I have told your cop that I am retire tired from the military and by law still under oath to defend the constitution from all enemies, foreign and domestic and will uphold my oath to the fullest extent of my ability.

I expect your internal affairs division to investigate this matter and that both the judge and the officer be disciplined for violating the US Constitution and the Constitutional Rights of a member of the United States Military or simple I will turn the case over to the US Attorney as I did with the Judge and DA in Central Islip.

Sincerely

Robert Wilson

**From:**  WILSON <raw1292@optonline.net>
**To:**  sharned@town.southold.ny.us, policechief@townofriverheadny.gov, mflatley@town.southold.ny.us
**Date:**  May 19, 2021 4:13:37 PM
**Subject: Federal Compliant and Injunction**
**Attachments:** Compliant & Injunction.pdf

As I told you criminals you have no authority and you committed a Federal Crime call treason by violating Article 6 of the Constitution. The documents are attached they will be hand deliver to you as well. Just stay away from my property.



Statement of Charges

Jim Hall & Cora Fitzgerald
4265 North Bayview Road
Southold NY 11971

The following is for work completed before the contract was breached by Hall & Fitzgerald

**Cost of Plan Presented to customer in December 2017**          $35,000.00
Payment 2/17/2018                                                $35,000.00
Balance Due on Plan                                              $      -0-

**Cost to be deducted when job is complete, and all payment have been made**
Labor 168 hours demolitions per plans @ $60 hours               $10,080.00
Tractor time for grading under deck framing structure 1 day @$1,000 per    $ 1,000.00
Materials                                                        $    393.80

Total work completed                                            $11,474.80


Additional work requested not part of the contract

Repair French Doors which was falling out of the structure due to poor      $5,000.00
Workmanship completed 3/26/2018

Total Cost                                                      $16,474.80

Payment made                                                    $ 5,000.00

Balance Due                                                     $11,474.80


The cost of the plan will be deducted from the agreed cost of the job when and if the job is complete.
The customer was informed of this verbally before the plan was left with them in December of 2017.

Inside Out Home Construction
77 Mastro Road
Calverton, NY 11933
631-871-4945
Raw1292@optonline.net

**SERVICES AGREEMENT**

THIS CONSTRUCTION OR MAINTENANCE SERVICES AGREEMENT (the "Agreement") is made and entered on this 17th day of Febuary 2018, by and between RJ Corporate Holdings, Inc (doing business as Inside Out Home Construction) of 77 Mastro Road, Calverton, NY 11933 (the "Contractor") and Jim & Cora Fitzgerald of 4265 N Bayview Rd, Southold New York 11971 (the "Client") Contractor and Client shall individually be referred to as "Party" and collectively as "Parties". RECITALS WHEREAS, Client desires to obtain certain Construction Services from the Contractor; and WHEREAS, the Contractor hereby agrees to provide such Services to the Client in accordance with the terms and conditions contained in this Agreement. NOW THEREFORE, in consideration of the mutual covenants and agreements contained in this Agreement, the receipt and sufficiency of which is hereby acknowledged, the Parties hereto agree as follows: The Contractor will perform the Construction Services outline in the scope of work. If additional services are requested or need due to condition found after enclosed floors, walls, roofs, ceiling or siding is open to inspection the cost will be $60 per hour for a carpenter, $50 per hour for a painter plus the cost of material and 20% mark-up for the Contractor. Contractor hereby undertakes that it shall follow the highest professional standards in performing the Services and will comply with all relevant statutes, regulations or requirements of any competent authority.

**SCOPE OF WORK**

1. Supply Complete stamp plans for the permitting process;
2. Supply Construction Plans;
3. Supply Factory build panelized framing for walls and roof of enclosure;
4. Install new floor joist framing and sub floor, pour concreate 4ft deep around deck pillars;
5. Install the panelized framing for both roof and sides of the enclosure;
6. Supply and install roofing shingles 12 yr. Blue Hawk singes, ridge cap, ice & water shield, Cobra Vent, Shingle tab cement and Roof Edge;
7. Supply and install #2 Perf Red Cedar Shingles, tar paper, soffit and facer, freeze board and Versatex window trim;
8. Supply and install French Entry Door by Anderson;
9. Supply Window Screens where plan currently shows windows;
10. Build a brick fire place with 36" fire box and blue stone hearth;
11. Wire the interior for both cable and electrical;
12. Insulate interior with R19 insulation in all walls and ceilings
13. Finish interior with 6" red oak on floors, ceiling, and walls;
14. Supply and install entrance doors on the bottom panels to create storage below the deck floor;
15. Paint & stain wood to color of the clients choose & stain shingles to match existing;
16. **The work will match the specification in the plans created by JM Drafting &Expediting date November 29, 2017 except the windows will be removal screens. Materials to match the scope presented above.**

2. PREMISES the Contractor shall perform the Services will be performed at the following Premises: 4265 N Bayview Rd, Southold New York 11971, ("Premises").

3. DURATION of the Services shall be commenced on the day the building permit is issued and shall be substantially completed in 65 days. The Services shall be performed between 8:00 a.m. and 4:30 p.m. Client will give Contractor access to the Premises during these hours and any additional mutually agreed upon times.

4. EQUIPMENT While performing the Services, Contractor will use his/her own equipment.

5. PAYMENT Client shall pay the Contractor for its Services the sum of $70,000 in the following installments $35,000 deposit, and $20,000 after the Framing Panels are installed with a final payment of $15,000 on completion. The Contractor will supply all materials for this job.

6. EXPENSES Other than the charges specified above, the Client shall not be liable to reimburse Contractor for any other expenses, unless otherwise agreed between the Parties in advance.

7. INDEPENDENT CONTRACTOR: The Contractor shall provide the Services as an independent contractor and Contractor shall not act as an employee, agent or broker of the Client. As an independent contractor, Contractor will be solely responsible for paying all taxes levied by applicable laws on its compensation.

8. ASSIGNMENT Contractor shall not assign any of his/her rights under this Agreement, or delegate the performance of any of the obligations or duties hereunder, without the prior written consent of the Client and any attempt by Contractor to so assign, transfer, or subcontract any rights, duties, or obligations arising hereunder shall be void and of no effect.

9. TERMINATION the Client can terminate this Agreement by giving written notice: (a) if the Contractor commits any material breach of this Agreement and fails to remedy such breach within 2 days of notice, where such breach is capable of remedy, (b) if there is any repeated or persistent failure on part of the Contractor to provide Services of an acceptable standard and to the complete satisfaction of the Client.

10. NOTICES Any notices, bills, invoices, or reports required by this Agreement shall be deemed received on (a) the day of delivery if delivered by hand during receiving party's regular business hours or by facsimile before or during receiving party's regular business hours; or (b) on the second business day following deposit in the United States mail, postage prepaid, to the addresses heretofore below, or to such other addresses as the Parties may, from time to time, designate in writing pursuant to the provisions of this section.

Client: Jim & Cora Fitzgerald 4265 N Bayview Rd, Southold New York 11971

Contractor: RJ Corporate Holdings, Inc. 77 Mastro Road Calverton, NY 11933 Att: Robert Wilson

11. GOVERNING LAW This Agreement shall be governed and construed in accordance with the laws of the State of New York.

12. DISPUTE RESOLUTION All disputes under this Agreement shall be settled by arbitration in Suffolk County, New York before a single arbitrator pursuant to the commercial law rules of the American Arbitration Association. Arbitration may be commenced at any time by any party hereto giving written notice to the other party to a dispute that such dispute has been referred to arbitration. Any award rendered by the arbitrator shall be conclusive and binding upon the Parties hereto. This provision for

arbitration shall be specifically enforceable by the Parties and the decision of the arbitrator in accordance herewith shall be final and binding without right of appeal.

13. SEVERABILITY If any provision of this Agreement shall be held to be illegal, invalid or unenforceable under present or future laws, such provisions shall be fully severable, this Agreement shall be construed and enforced as if such illegal, invalid or unenforceable provision had never comprised a part of this Agreement; and, the remaining provisions of this Agreement shall remain in full force and effect.

14. LIMITATION OF LIABILITY IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES, INCLUDING WITHOUT LIMITATION, BUSINESS INTERRUPTION, LOSS OF OR UNAUTHORIZED ACCESS TO INFORMATION, DAMAGES FOR LOSS OF PROFITS, INCURRED BY THE OTHER PARTY ARISING OUT OF THE SERVICES PROVIDED UNDER THIS AGREEMENT, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL NEITHER PARTY'S LIABILITY ON ANY CLAIM, LOSS OR LIABILITY ARISING OUT OF OR CONNECTED WITH THIS AGREEMENT SHALL EXCEED THE AMOUNTS PAID TO CONTRACTOR.

15. LIABILITY the Contractor will be liable for any damage to the Client's and any other person's property if such damage is caused by the Contractor's negligence or willful act.

16. ENTIRE AGREEMENT; AMENDMENT This Agreement is the final, complete and exclusive agreement of the Parties with respect to the subject matter hereof and supersedes and merges all prior or contemporaneous representations, discussions, proposals, negotiations, conditions, communications and agreements, whether written or oral, between the Parties relating to the subject matter hereof and all past courses of dealing or industry custom. No modification of or amendment to this Agreement shall be effective unless in writing and signed by each of the Parties. IN WITNESS WHEREOF, the Parties have signed this Agreement as of the date first set forth above.

| CLIENT | CONTRACTOR |
|---|---|
| By: | By: |
| Name: Cora Fitzgerald & JIM HALL | Name: Robert Wilson |
| Title: Owner | Title: President & CEO |
| Date: February 17,2018 | Date: February 17,2018 |

The provisions of § 563-9 with respect to fines shall be inapplicable to salesmen.

C. The acts of a salesman carried out in the ordinary course of business shall be deemed to be the acts of the licensee, and such licensee shall be responsible for such acts pursuant to the provisions of this article and Article I.

D. The suspension or revocation of a home improvement contracting license shall automatically suspend or revoke all identification cards issued to salesmen engaged by such licensee.

## § 563-21 Prohibited acts.

The following acts are prohibited:

A. Any fraud in the execution of or in the material alteration of any contract, mortgage, promissory note or any document incident to a transaction.

B. Preparing or executing any mortgage, promissory note or other evidence of indebtedness upon the obligation of the transaction with knowledge that it represents a greater monetary obligation than the agreed consideration for work performed.

C. Failure to enter into a written contract for work to be performed which specifies starting and completion dates, description of costs of labor and materials.

D. (Reserved)[1]

[1] Editor's Note: Former Subsection D, which prohibited the willful or deliberate disregard in the violation of government building, sanitary, fire and health laws of the state or any political subdivision thereof in which work is performed, was repealed 5-11-2021 by L.L. No. 15-2021.

E. A failure to abide by any provision of § 771 of the New York State General Business Law.
[Added 3-23-2010 by L.L. No. 7-2010]

## § 563-22 Temporary license pending issuance of permanent license.
[Amended 11-30-2001 by L.L. No. 23-2001; 12-17-2002 by L.L. No. 4-2003]

A. The Office shall issue a temporary license to any applicant for a home improvement contracting license if the Office has not, within 30 days after receipt of the application for such license, approved or disapproved the application.

B. The temporary license shall be for a period of 90 days. If within such ninety-day period the Office shall have failed to approve or disapprove the application, the Office shall then issue a regular license to the applicant. If the application is approved during the term of the temporary license, the Office shall issue a regular license to the applicant.

C. The fee for a temporary license shall be $50 per annum. The fee for a regular license issued to replace a temporary license shall be $150 for the first full year.

D. A regular license issued pursuant to the provisions of Subsection B shall expire on the last day of the 24th month following the issuance of the temporary license.

## § 563-23 Exempted operations.

No license or identification card shall be required of:

A. An employee, other than a salesman or a person acting as a salesman, who performs labor or services for a licensed home improvement contractor for wages or salary.

B. An architect, professional engineer or any other person who is required by state or local law to attain standards of competency or experience as a prerequisite to engaging in such profession and who is acting exclusively within the scope of the profession for which he is currently licensed pursuant to such other law. Issuance of a certificate of competency by any other federal, state or municipal agency shall not constitute a license issuance and all such contractors holding such certificates shall be subject to this article.
[Amended 7-22-1975 by L.L. No. 15-1975]

C. A contractor engaged in the field of home maintenance or decorating.

# DIVISION OF CONSUMER AFFAIRS
## Suffolk County Department of Labor, Licensing & Consumer Affairs

725 Veterans Memorial Highway
Hauppauge, NY 11788
e-mail:
consumeraffairs@suffolkcountyny.gov
www.suffolkcountyny.gov/labor

Send correspondence to:
P.O. Box 6100
Hauppauge, NY 11788-0099
Phone #(631) 853-4600

June 25, 2018

Robert Wilson
RJ Corporate Holdings Corp dba
Inside Out Home Construction
77 Mastro Rd
Calverton NY 11933

Dear Applicant:

A background check indicates that there are open unresolved complaints against your company.  We cannot proceed with the licensing process until these complaints have been resolved.

You application will be held on file.  Upon resolution of these complaints, we will proceed with the licensing process.

Very truly yours,

*Joan Taylor*

Consumer Affairs Specialist III



Frank Nardelli
Commissioner of Labor, Licensing &
Consumer Affairs

Fax # (631) 853-4825

Steven Bellone
Suffolk County Executive

Certificate #: U-000003419-N



Page 1 of 1

# SUFFOLK 1ST DISTRICT COURT
400 Carleton Ave., Central Islip, NY 11722

Phone: (631) 208-5775

**NO FEE**
Non-Public
Version

Court ORI: NY051033J

The People of the State of New York
vs.

**Robert A. Wilson**

**Certificate of Disposition**
Docket Number:           **CR-039218-19SU**

CJTN:

NYSID:

Defendant DOB: **03/01/1959**

Arrest Date: **01/04/2019**      Arraignment Date: **01/28/2020**

THIS IS TO CERTIFY that the undersigned has examined the files of the **Suffolk 1st District Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---------|--------|---------------|-------------|------------------|
| 1 | SCL 564 4 UM Failed to Register With Licensed Professional Wall of Shame Registry | UM | ACD (12/16/20) dismiss and seal on 06/17/21 | 12/16/2020 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated:  **March 26, 2021**

*Michael Panaratto*
Chief Clerk/Clerk of the Court

## CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221.05 or PL 221.10—including any appearing on this certificate of disposition—are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute. Charges may not be the same as the original arrest charges.

Certificate #: U-000003418-N

Page 1 of 1



# SUFFOLK 1ST DISTRICT COURT

400 Carleton Ave., Central Islip, NY 11722

Phone: (631) 208-5775

Court ORI: NY051033J

# NO FEE
Non-Public
Version

The People of the State of New York

vs.

**Robert A. Wilson**

**Certificate of Disposition**
Disposition
Docket Number:     **CR-036835-19SU**

CJTN:

NYSID:

Defendant DOB: **03/01/1959**

Arrest Date: 12/10/2018     Arraignment Date: 01/28/2020

THIS IS TO CERTIFY that the undersigned has examined the files of the **Suffolk 1st District Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | SCL 564 4 UM Failed to Register With Licensed Professional Wall of Shame Registry | UM | ACD (12/16/20) dismiss and seal on 06/17/21 | 12/16/2020 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated: **March 26, 2021**

**Michael Paparatto**

Chief Clerk/Clerk of the Court

## CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221.05 or PL 221.10—including any appearing on this certificate of disposition—are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute.
Charges may not be the same as the original arrest charges.

Certificate #: U-000003420-N



Page 1 of 1

# SUFFOLK 1ST DISTRICT COURT

400 Carleton Ave., Central Islip, NY 11722

Phone: (631) 208-5775

**NO FEE**
Non-Public
Version

Court ORI: NY051033J

The People of the State of New York
vs.
**Robert A. Wilson**

**Certificate of Disposition**
Docket Number: **CR-035788-19SU**

CJTN:
NYSID:

Defendant DOB: **03/01/1959**

Arrest Date:

Arraignment Date: 01/28/2020

THIS IS TO CERTIFY that the undersigned has examined the files of the **Suffolk 1st District Court** concerning the above entitled matter and finds the following:

| Count #. | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | SCL 563 3a UM Home Improvement without a license | UM | ACD (12/16/20) dismiss and seal on 06/17/21 | 12/16/2020 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated: **March 26, 2021**

**Michael Paparatto**
Chief Clerk/Clerk of the Court

**CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL**

All marijuana convictions under PL 221.05 or PL 221.10—including any appearing on this certificate of disposition—are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute. Charges may not be the same as the original arrest charges.

Certificate #: U-000003417-N



# SUFFOLK 1ST DISTRICT COURT
400 Carleton Ave., Central Islip, NY 11722

Phone: (631) 208-5775

Court ORI: NY051033J

**NO FEE**
Non-Public
Version

The People of the State of New York
vs.
**Robert A. Wilson**

**Certificate of Disposition**
Docket Number:          **CR-039217-19SU**

CJTN:

NYSID:

Defendant DOB: **03/01/1959**

Arrest Date: **12/14/2017**          Arraignment Date: **01/28/2020**

THIS IS TO CERTIFY that the undersigned has examined the files of the **Suffolk 1st District Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | SCL 563 3a UM Home Improvement without a license | UM | ACD (12/16/20) dismiss and seal on 06/17/21 | 12/16/2020 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated:   **March 26, 2021**

*Michael Paparatto*

Chief Clerk/Clerk of the Court

### CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221.05 or PL 221.10—including any appearing on this certificate of disposition—are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute. Charges may not be the same as the original arrest charges.



# DIVISION OF CONSUMER AFFAIRS
## Suffolk County Department of Labor, Licensing & Consumer Affairs

725 Veterans Memorial Highway
Hauppauge, NY 11788
email:consumer.affairs@suffolkcountyny.gov
www.suffolkcountyny.gov/consumeraffairs

ADDRESS CORRESPONDENCE TO:
P.O. Box 6100
Hauppauge, NY 11788-0099
Phone # (631) 853-4600

December 10, 2018

SENT REGULAR AND CERTIFIED MAIL

Mr. Robert Wilson
d/b/a Inside Out Home Construction
77 Mastro Road
Calverton, NY 11933

### NOTICE OF DECISION – UNLICENSED

Dear Mr. Wilson:

On July 17, 2018 Notices of Violations were issued to you for violation of the Suffolk County Code. The Notices of Violations were issued as the result of the alleged violations which occurred on or about February 17, 2018 and are listed below.

| VIOLATION # | DESCRIPTION | PENALTY |
|---|---|---|
| VIO-18-449 | You did violate Suffolk County Code, Chapter 387, Section 1 in that; on or about February 17, 2018 you did engage in deceptive or unconscionable trade practices in that you unfairly took advantage of the consumer's lack of knowledge, ability, experience and capacity which resulted in a gross disparity between the value received by the consumer and the price paid by the consumer, James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property, paid you $40,000.00 and did not receive the materials and services specified in the contract. SUSTAINED | $750.00 |
| VIO-18-450 | You did violate Suffolk County Code, Chapter 563, Section 3.A in that; on or about February 17, 2018 you did engage in a business which requires a license in the County of Suffolk, State of New York without having such license, in that you entered into a contract to perform home improvement work for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property. SUSTAINED | $750.00 |
| VIO-18-451 | You did violate Suffolk County Code, Chapter 563, Section 10.A in that; on or about February 17, 2018 you did enter into a contract for home improvement work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property and did abandon or willfully fail to perform, without justification, the contract. SUSTAINED | $750.00 |
| VIO-18-452 | You did violate Suffolk County Code, Chapter 563, Section 21.C in that; on or about February 17, 2018 you did enter into a contract for home improvement work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property, which specifies starting and completion dates. SUSTAINED | $750.00 |

Frank Nardelli
Commissioner

Steven Bellone
Suffolk County Executive



# DIVISION OF CONSUMER AFFAIRS
## Suffolk County Department of Labor, Licensing & Consumer Affairs

725 Veterans Memorial Highway
Hauppauge, NY 11788
e-mail:consumer.affairs@suffolkcountyny.gov
www.suffolkcountyny.gov/consumeraffairs

ADDRESS CORRESPONDENCE TO:
P.O. Box 6100
Hauppauge, NY 11788-0099
Phone # (631) 853-4600

### SENT REGULAR AND CERTIFIED MAIL

July 18, 2018

Robert Wilson
Inside out Home Construction
77 Mastro Road
Calverton, NY 11933

### NOTICE OF HEARING
### NOTICE OF VIOLATION #VIO-18-449,450,451,452,453,454,455,456,457

A **Pre-Hearing Conference** is scheduled for **September 19, 2018 @ 12:30 pm.**
An **Administrative Hearing** is scheduled for **September 19, 2018 @ 1:00 pm.**

Hearings are held at the following location:

**Suffolk County Department of Labor, Licensing & Consumer Affairs**
**William J. Lindsay Complex, Building #17, 725 Veterans Memorial Highway, Hauppauge NY 11788**

If you are utilizing a <u>GPS</u> you must enter the address as:
<u>**725 Veterans Memorial Highway, Smithtown, NY 11787**</u>

"ALL REQUESTS FOR ADJOURNMENTS MUST BE MADE IN WRITING AND RECEIVED BY OUR OFFICE NO LATER THEN 72 HOURS PRIOR TO THE HEARING TIME"

To be considered, are the allegations in Violation # **VIO-18-449,450,451,452,453,454,455,456,457** (see attachments) and Consumer Case #**CMP-18-141, James Hall.** It should be noted that sometimes during the Pre-Hearing Conference, a vendor/contractor may voluntarily agree to resolve a complaint to the consumer's satisfaction.

You may appear with or without counsel. If you fail to appear at the hearing, the hearing will be held in your absence and the Hearing Officer may make a determination as to administrative penalties. Failure to pay any penalties that may be assessed by the Hearing Officer will cause your account to be referred for collection and/or legal action after which you will be responsible for all reasonable attorney's fees and collection expenses.

If you or your attorney has any questions, you may contact your Investigator, Mr. Christopher Jung at (631) 853-6722, fax (631) 853-5737, or e-mail christopher.jung@suffolkcountyny.gov.

Sincerely,

*James M. Andrews*

James M. Andrews
Administrative Director of Consumer Affairs
Encl
JA/ll
CRR: 7016 3010 0001 1335 9741

(41 V#4 ) Rev. 5/17

Frank Nardelli
Commissioner

Steven Bellone
Suffolk County Executive



# DIVISION OF CONSUMER AFFAIRS
## Suffolk County Department of Labor, Licensing & Consumer Affairs

725 Veterans Memorial Highway
Hauppauge, NY 11788
email:consumer.affairs@suffolkcountyny.gov
www.suffolkcountyny.gov/consumeraffairs

ADDRESS CORRESPONDENCE TO:
P.O. Box 6100
Hauppauge, NY 11788-0099
Phone # (631) 853-4600

| | | |
|---|---|---|
| VIO-18-453 | You did violate Suffolk County Code, Chapter 563, Section 21.C in that; on or about February 17, 2018 you did enter into a contract for home improvement work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property, which specifies description of costs of labor and materials. **SUSTAINED** | $1,500.00 |
| VIO-18-454 | You did violate New York State General Business Law, Article 36-A, Section 771.1 (d) in that; on or about February 17, 2018 you did enter into a contract for home improvement work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property, you did fail to have in writing a notice concerning applicable mechanic's lien law with required language and information. **SUSTAINED** | $100.00 |
| VIO-18-455 | You did violate New York State General Business Law, Article 36-A, Section 771.1 (e) in that; on or about February 17, 2018 you did enter into a contract for home improvement work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property, and did fail to give written notice to the owner purchasing the home improvement that the home improvement contractor is legally required to deposit all payments received prior to completion pursuant to NYS Lien Law section 71-a. **SUSTAINED** | $100.00 |
| VIO-18-456 | You did violate New York State General Business Law, Article 36-A, Section 771.1 (h) in that; on or about February 17, 2018 you did enter into a contract for home improvement work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property, and did fail to include in the contract a notice concerning the Three Day Right to Cancel with the required language and information. **SUSTAINED** | $100.00 |
| VIO-18-457 | You did violate NYS Lien Law, Article 3-A, Section 71-.a.4(a) in that; on or about February 17, 2018 you did enter into a contract for home improvement work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property, and did fail to deposit all payments received prior to substantial completion of work under the contract into an escrow account within five business days, and advise the owner in writing no later than ten business days after the deposit has been made, of the name of the depository where the funds have been placed. **SUSTAINED** | $2,500.00 |
| | **TOTAL** | **$7,300.00** |

The violation hearing was scheduled for September 19, 2018. You did attend the hearing. The hearing was recorded. I concur with the findings of the hearing office and I am assessing the following penalty:

Frank Nardelli
Commissioner

Steven Bellone
Suffolk County Executive

# NOTICE OF VIOLATION
## Suffolk County Department of Labor, Licensing & Consumer Affairs

NORTH COUNTY COMPLEX, BLDG 17
P.O. Box 6100, Hauppauge, NY  11788-0099

To:   ROBERT A. WILSON
      INSIDE OUT HOME CONSTRUCTION
      77 MASTRO ROAD
      CALVERTON, NY 11933

NOTICE IS HEREBY GIVEN that you are to appear in the office of the COMMISSIONER OF LABOR; LICENSING & CONSUMER AFFAIRS of the COUNTY OF SUFFOLK on <u>09/19/2018</u> at <u>13:00</u>, and to bring with you all documentation and witnesses necessary to answer a complaint that you did violate:

Suffolk County Code , Chapter _____   Sec. _____

NYS Lien Law, Article <u>3-A</u>   Sec. <u>71.a.4</u>

In that on or about February 17, 2018 you did enter into a home improvement contract for work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property, and did fail to deposit all payments received prior to substantial completion of work under the contract into an escrow account within five business days, and advise the owner in writing no later than ten business days after the deposit has been made, of the name of the depository where the funds have been placed.

YOU MAY APPEAR WITH OR WITHOUT COUNSEL AND YOU MAY PRODUCE WITNESSES AND EVIDENCE ON YOUR BEHALF, ALL REQUESTS FOR ADJOURNMENTS MUST BE MADE IN WRITING. FAILURE TO APPEAR at the above time and place may cause referral of this Notice to the:

[X] **Suffolk County District Attorney**, which may result in the commencement of criminal proceedings against you.

[X] **Suffolk County Attorney**, which may result in the commencement of civil proceedings against you.

| | | |
|---|---|---|
| Investigator: Christopher Jung     041 | Case #CMP-18-141 | Date: 7/17/2018 |

## DISPOSITION

| FOR VENDOR: | FOR CONSUMER AFFAIRS: | HEARING OFFICER: |
|---|---|---|
| | | CA - VIO-18-457 |

WHITE: Accounting

36-0160: 10/14kk

# NOTICE OF VIOLATION
## Suffolk County Department of Labor, Licensing & Consumer Affairs

NORTH COUNTY COMPLEX, BLDG 17
P.O. Box 6100, Hauppauge, NY   11788-0099

To:     ROBERT A. WILSON
        INSIDE OUT HOME CONSTRUCTION
        77 MASTRO ROAD
        CALVERTON, NY 11933

NOTICE IS HEREBY GIVEN that you are to appear in the office of the COMMISSIONER OF LABOR; LICENSING & CONSUMER AFFAIRS of the COUNTY OF SUFFOLK on <u>09/19/2018</u> at <u>13:00</u>, and to bring with you all documentation and witnesses necessary to answer a complaint that you did violate:

Suffolk County Code, Chapter <u>387</u>     Sec. <u>1</u>
NYS General Business Law, Article _____   Sec. _____

In that on or about February 17, 2018 you did engage in deceptive or unconscionable trade practices in that you unfairly took advantage of the consumer's lack of knowledge, ability, experience and capacity which resulted in a gross disparity between the value received by the consumer and the price paid by the consumer, James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property, paid you $40,000.00 and did not receive the materials and services specified in the contract.

YOU MAY APPEAR WITH OR WITHOUT COUNSEL AND YOU MAY PRODUCE WITNESSES AND EVIDENCE ON YOUR BEHALF, ALL REQUESTS FOR ADJOURNMENTS MUST BE MADE IN WRITING. FAILURE TO APPEAR at the above time and place may cause referral of this Notice to the:

[X]   **Suffolk County District Attorney**, which may result in the commencement of criminal proceedings against you.

[X]   **Suffolk County Attorney**, which may result in the commencement of civil proceedings against you.

| Investigator: Christopher Jung   041 | Case #CMP-18-141 | Date: 7/17/2018 |
|---|---|---|

## DISPOSITION

| FOR VENDOR: | FOR CONSUMER AFFAIRS: | HEARING OFFICER: |
|---|---|---|
| | | CA - VIO-18-449 |

WHITE: Accounting

36-0160: 10/14kk

# NOTICE OF VIOLATION
## Suffolk County Department of Labor, Licensing & Consumer Affairs

NORTH COUNTY COMPLEX, BLDG 17
P.O. Box 6100, Hauppauge, NY  11788-0099

To:   ROBERT A. WILSON
      INSIDE OUT HOME CONSTRUCTION
      77 MASTRO ROAD
      CALVERTON, NY 11933

NOTICE IS HEREBY GIVEN that you are to appear in the office of the COMMISSIONER OF LABOR; LICENSING & CONSUMER AFFAIRS of the COUNTY OF SUFFOLK on <u>09/19/2018</u> at <u>13:00</u>, and to bring with you all documentation and witnesses necessary to answer a complaint that you did violate:

Suffolk County Code, Chapter <u>563</u>     Sec. <u>3.A</u>

NYS General Business Law, Article _____     Sec. _____

In that on or about February 17, 2018 you did engage in a business which requires a license in the County of Suffolk, State of New York without having such license, in that you entered into a contract to perform home improvement work for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property.

YOU MAY APPEAR WITH OR WITHOUT COUNSEL AND YOU MAY PRODUCE WITNESSES AND EVIDENCE ON YOUR BEHALF, ALL REQUESTS FOR ADJOURNMENTS MUST BE MADE IN WRITING. FAILURE TO APPEAR at the above time and place may cause referral of this Notice to the:

[ X ] **Suffolk County District Attorney**, which may result in the commencement of criminal proceedings against you.

[ X ] **Suffolk County Attorney**, which may result in the commencement of civil proceedings against you.

| Investigator: Christopher Jung    041 | Case #CMP-18-141 | Date: 7/17/2018 |
|---|---|---|

### DISPOSITION

| FOR VENDOR: | FOR CONSUMER AFFAIRS: | HEARING OFFICER: |
|---|---|---|
| | | CA - VIO-18-450 |

WHITE: Accounting

36-0160: 10/14kk

# NOTICE OF VIOLATION
## Suffolk County Department of Labor, Licensing & Consumer Affairs

NORTH COUNTY COMPLEX, BLDG 17
P.O. Box 6100, Hauppauge, NY  11788-0099

To:   ROBERT A. WILSON
      INSIDE OUT HOME CONSTRUCTION
      77 MASTRO ROAD
      CALVERTON, NY 11933

NOTICE IS HEREBY GIVEN that you are to appear in the office of the COMMISSIONER OF LABOR; LICENSING & CONSUMER AFFAIRS of the COUNTY OF SUFFOLK on <u>09/19/2018</u> at <u>13:00</u>, and to bring with you all documentation and witnesses necessary to answer a complaint that you did violate:

Suffolk County Code, Chapter <u>563</u>    Sec. <u>10.A</u>

NYS General Business Law, Article _____    Sec. _____

In that on or about February 17, 2018 you did enter into a contract for home improvement work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property and did abandon or willfully fail to perform, without justification, the contract.

YOU MAY APPEAR WITH OR WITHOUT COUNSEL AND YOU MAY PRODUCE WITNESSES AND EVIDENCE ON YOUR BEHALF, ALL REQUESTS FOR ADJOURNMENTS MUST BE MADE IN WRITING. FAILURE TO APPEAR at the above time and place may cause referral of this Notice to the:

[  ] **Suffolk County District Attorney**, which may result in the commencement of criminal proceedings against you.

[ X ] **Suffolk County Attorney**, which may result in the commencement of civil proceedings against you.

| Investigator: Christopher Jung      041 | Case #CMP-18-141 | Date: 7/17/2018 |
|---|---|---|

### DISPOSITION

| FOR VENDOR: | FOR CONSUMER AFFAIRS: | HEARING OFFICER: |
|---|---|---|
| | | CA - VIO-18-451 |

WHITE: Accounting

36-0160: 10/14kk

# NOTICE OF VIOLATION
## Suffolk County Department of Labor, Licensing & Consumer Affairs

NORTH COUNTY COMPLEX, BLDG 17
P.O. Box 6100, Hauppauge, NY 11788-0099

To:  ROBERT A. WILSON
INSIDE OUT HOME CONSTRUCTION
77 MASTRO ROAD
CALVERTON, NY 11933

NOTICE IS HEREBY GIVEN that you are to appear in the office of the COMMISSIONER OF LABOR; LICENSING & CONSUMER AFFAIRS of the COUNTY OF SUFFOLK on <u>09/19/2018</u> at <u>13:00</u>, and to bring with you all documentation and witnesses necessary to answer a complaint that you did violate:

Suffolk County Code, Chapter <u>563</u>     Sec. <u>21.C</u>

NYS General Business Law, Article _____     Sec. _____

In that on or about February 17, 2018 you did fail to enter into a written contract for home improvement work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971 a residential property, which specifies starting and completion dates.

YOU MAY APPEAR WITH OR WITHOUT COUNSEL AND YOU MAY PRODUCE WITNESSES AND EVIDENCE ON YOUR BEHALF, ALL REQUESTS FOR ADJOURNMENTS MUST BE MADE IN WRITING. FAILURE TO APPEAR at the above time and place may cause referral of this Notice to the:

☐ **Suffolk County District Attorney**, which may result in the commencement of criminal proceedings against you.

☒ **Suffolk County Attorney**, which may result in the commencement of civil proceedings against you.

| Investigator: Christopher Jung     041 | Case #CMP-18-141 | Date: 7/17/2018 |
|---|---|---|

## DISPOSITION

| FOR VENDOR: | FOR CONSUMER AFFAIRS: | HEARING OFFICER: |
|---|---|---|
| | | CA - VIO-18-452 |

WHITE: Accounting

36-0160: 10/14kk

# NOTICE OF VIOLATION
## Suffolk County Department of Labor, Licensing & Consumer Affairs

NORTH COUNTY COMPLEX, BLDG 17
P.O. Box 6100, Hauppauge, NY  11788-0099

To:   ROBERT A. WILSON
      INSIDE OUT HOME CONSTRUCTION
      77 MASTRO ROAD
      CALVERTON, NY 11933

NOTICE IS HEREBY GIVEN that you are to appear in the office of the COMMISSIONER OF LABOR; LICENSING & CONSUMER AFFAIRS of the COUNTY OF SUFFOLK on <u>09/19/2018</u> at <u>13:00</u>, and to bring with you all documentation and witnesses necessary to answer a complaint that you did violate:

Suffolk County Code, Chapter <u>563</u>    Sec. <u>21.C</u>

NYS General Business Law, Article _____  Sec. _____

In that on or about February 17, 2018 you did fail to enter into a written contract for home improvement work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971 a residential property, which specifies a description of costs of labor and materials.

*2nd Count*

YOU MAY APPEAR WITH OR WITHOUT COUNSEL AND YOU MAY PRODUCE WITNESSES AND EVIDENCE ON YOUR BEHALF, ALL REQUESTS FOR ADJOURNMENTS MUST BE MADE IN WRITING. FAILURE TO APPEAR at the above time and place may cause referral of this Notice to the:

[  ] **Suffolk County District Attorney**, which may result in the commencement of criminal proceedings against you.

[X] **Suffolk County Attorney**, which may result in the commencement of civil proceedings against you.

| Investigator: Christopher Jung    041 | Case #CMP-18-141 | Date: 7/17/2018 |
|---|---|---|

## DISPOSITION

| FOR VENDOR: | FOR CONSUMER AFFAIRS: | HEARING OFFICER: |
|---|---|---|
| | | CA - VIO-18-453 |

WHITE: Accounting

36-0160: 10/14kk

# NOTICE OF VIOLATION
## Suffolk County Department of Labor, Licensing & Consumer Affairs

NORTH COUNTY COMPLEX, BLDG 17
P.O. Box 6100, Hauppauge, NY  11788-0099

To:    ROBERT A. WILSON
INSIDE OUT HOME CONSTRUCTION
77 MASTRO ROAD
CALVERTON, NY 11933

NOTICE IS HEREBY GIVEN that you are to appear in the office of the COMMISSIONER OF LABOR; LICENSING & CONSUMER AFFAIRS of the COUNTY OF SUFFOLK on <u>09/19/2018</u> at <u>13:00</u>, and to bring with you all documentation and witnesses necessary to answer a complaint that you did violate:

Suffolk County Code , Chapter _____  Sec. _____

NYS General Business Law, Article <u>36-A</u>   Sec. <u>771.1(d)</u>

In that on or about February 17, 2018 you did enter into a written contract for home improvement work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property, and did fail to have in writing, a notice concerning applicable mechanic's lien law with required language and information.

YOU MAY APPEAR WITH OR WITHOUT COUNSEL AND YOU MAY PRODUCE WITNESSES AND EVIDENCE ON YOUR BEHALF, ALL REQUESTS FOR ADJOURNMENTS MUST BE MADE IN WRITING. FAILURE TO APPEAR at the above time and place may cause referral of this Notice to the:

[ ] **Suffolk County District Attorney**, which may result in the commencement of criminal proceedings against you.

[X] **Suffolk County Attorney**, which may result in the commencement of civil proceedings against you.

Investigator: Christopher Jung    041     Case #CMP-18-141    Date: 7/17/2018

## DISPOSITION

FOR VENDOR:      FOR CONSUMER AFFAIRS:     HEARING OFFICER:

CA - VIO-18-454

WHITE: Accounting

36-0160: 10/14kk

# NOTICE OF VIOLATION
## Suffolk County Department of Labor, Licensing & Consumer Affairs

NORTH COUNTY COMPLEX, BLDG 17
P.O. Box 6100, Hauppauge, NY  11788-0099

To:   ROBERT A. WILSON
      INSIDE OUT HOME CONSTRUCTION
      77 MASTRO ROAD
      CALVERTON, NY 11933

NOTICE IS HEREBY GIVEN that you are to appear in the office of the COMMISSIONER OF LABOR; LICENSING & CONSUMER AFFAIRS of the COUNTY OF SUFFOLK on <u>09/19/2018</u> at <u>13:00</u>, and to bring with you all documentation and witnesses necessary to answer a complaint that you did violate:

Suffolk County Code , Chapter _____   Sec. _____

NYS General Business Law, Article <u>36-A</u>  Sec. <u>771.1(e )</u>

In that on or about February 17, 2018 you did enter into a home improvement contract for work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property, and did fail to give written notice to the owner purchasing the home improvement that the home improvement contractor is legally required to deposit all payments received prior to completion pursuant to NYS Lien Law section 71-a.

YOU MAY APPEAR WITH OR WITHOUT COUNSEL AND YOU MAY PRODUCE WITNESSES AND EVIDENCE ON YOUR BEHALF, ALL REQUESTS FOR ADJOURNMENTS MUST BE MADE IN WRITING. FAILURE TO APPEAR at the above time and place may cause referral of this Notice to the:

☐ **Suffolk County District Attorney**, which may result in the commencement of criminal proceedings against you.

☒ **Suffolk County Attorney**, which may result in the commencement of civil proceedings against you.

| Investigator: Christopher Jung   041 | Case #CMP-18-141 | Date: 7/17/2018 |
|---|---|---|

## DISPOSITION

| FOR VENDOR: | FOR CONSUMER AFFAIRS: | HEARING OFFICER: |
|---|---|---|
| | | CA - VIO-18-455 |

WHITE: Accounting

36-0160: 10/14kk

# NOTICE OF VIOLATION
## Suffolk County Department of Labor, Licensing & Consumer Affairs

NORTH COUNTY COMPLEX, BLDG 17
P.O. Box 6100, Hauppauge, NY   11788-0099

To:   ROBERT A. WILSON
      INSIDE OUT HOME CONSTRUCTION
      77 MASTRO ROAD
      CALVERTON, NY 11933

NOTICE IS HEREBY GIVEN that you are to appear in the office of the COMMISSIONER OF LABOR; LICENSING & CONSUMER AFFAIRS of the COUNTY OF SUFFOLK on <u>09/19/2018</u> at <u>13:00</u>, and to bring with you all documentation and witnesses necessary to answer a complaint that you did violate:

Suffolk County Code , Chapter _____   Sec. _____

NYS General Business Law, Article <u>36-A</u>   Sec. <u>771.1(h)</u>

In that on or about February 17, 2018 you did enter into a home improvement contract for work to be performed for James Hall at 4265 N. Bayview Rd., Southold, NY 11971, a residential property, and did fail to include in the contract a notice concerning the Three Day Right to Cancel with the required language and information.

YOU MAY APPEAR WITH OR WITHOUT COUNSEL AND YOU MAY PRODUCE WITNESSES AND EVIDENCE ON YOUR BEHALF, ALL REQUESTS FOR ADJOURNMENTS MUST BE MADE IN WRITING. FAILURE TO APPEAR at the above time and place may cause referral of this Notice to the:

☐   **Suffolk County District Attorney**, which may result in the commencement of criminal proceedings against you.

☒   **Suffolk County Attorney**, which may result in the commencement of civil proceedings against you.

| Investigator: Christopher Jung        041 | Case #CMP-18-141 | Date: 7/17/2018 |
|---|---|---|

## DISPOSITION

| FOR VENDOR: | FOR CONSUMER AFFAIRS: | HEARING OFFICER: |
|---|---|---|
| | | CA - VIO-18-456 |

WHITE: Accounting

36-0160: 10/14kk



# DIVISION OF CONSUMER AFFAIRS
## Suffolk County Department of Labor, Licensing & Consumer Affairs

725 Veterans Memorial Highway
Hauppauge, NY 11788
email:consumer.affairs@suffolkcountyny.gov
www.suffolkcountyny.gov/consumeraffairs

ADDRESS CORRESPONDENCE TO:
P.O. Box 6100
Hauppauge, NY 11788-0099
Phone # (631) 853-4600

1. A penalty has been assessed in the amount of 7,300.00 (seven thousand three hundred dollars) for the above noted violations. Payment is due no later than Friday, January 11, 2019;

   Failure to pay the above referenced violation will result in referral for judgment and collection.

2. You will refrain from conducting any future business in Suffolk County in the home improvement field and master plumbing field until you are licensed by the Suffolk County Department of Labor, Licensing & Consumer Affairs;

3. You are further directed to comply with the Provisions of Suffolk County Code Chapter 564 (copy enclosed), requiring you to register with the Licensed Professions Wall of Shame Registry (application enclosed), within fifteen (15) days from receipt of this notice;

4. If you fail to timely register with the Licensed Professions Wall of Shame, you may be charged with the Commission of an unclassified misdemeanor, a crime, and upon conviction, may be subject to a fine not to exceed one thousand dollars ($1000.00) or incarceration for a period of one (1) year, or both.

> **ANY PERSON WHO CONDUCTS A BUSINESS IN SUFFOLK COUNTY FOR WHICH A LICENSE IS REQUIRED WITHOUT HAVING SUCH A LICENSE MAY BE CHARGED WITH THE COMMISSION OF A MISDEMEANOR, A CRIME, AND UPON CONVICTION, MAY BE SUBJECT TO A FINE OF NOT MORE THAN FIVE THOUSAND DOLLARS ($5,000.00) OR INCARCERATION FOR NOT MORE THAN ONE YEAR, OR BOTH.**

Very truly yours,

James M. Andrews
Administrative Director
Suffolk County Department of Labor,
Licensing & Consumer Affairs

JMA/ck
Enclosure
7016 3010 0001 1335 9345

Frank Nardelli
Commissioner

Steven Bellone
Suffolk County Executive

Robert Wilson
77 Mastro Road
Calverton, NY 11933

March 14, 2022

Honorable Gary R. Brown
United States District Judge
Eastern District of New York
940 Federal Plaza
Central Islip, New York 11722

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    MAR 1 1 2022    ★

LONG ISLAND OFFICE

Re:    Wilson v. Cuomo, et al.
Civil Action No. CV-21-4815
(Brown, G.) (Shields, M.J.)

Dear Judge Brown

This is letter is to inform you about the harassment by the Riverhead Town defendants. On March 9, 2022, I receive the attached letter from Riverhead Town Justice Court with a file number of 2018-CRI-277 claiming that an Accusatory Instrument charging me with Resisting Arrest and Dis/Con: Obscene Lang/Gestures. I have no idea what this is all about why a case with a file number dated four years ago if true would be brought up now that I have a pending case with the Departments Chief David Hegermiller and  Town Supervisor/Police Commissioner Yvette Aguiar.

I want to the Police station on Friday March 11, 2022, requesting answers, as I see this as nothing more than harassment. I was given a very argent and curses remark by both a court worker and a Police officer. I then demanded an answer as I told them I a pending Federal Case against the Town and the Police Department, and it look to me lick a retaliatory action and another violation of my Constitutional rights in particular the 5th Amendment. The Police including  David Hegermiller than assaulted me, held me in custody, and had the woman court worker file charges after telling me I was not under arrested.

These people are out of control and will not stop their cropped, unconstutional, and criminal action until the court stops them. I request that you hold the Riverhead Town Defendants in contempt and use this action as evidence that Hegermiller and Aguiar were well aware of the previous action of the Town of Riverhead and participated in the crimes against me.

Sincerely

Robert Wilson, Plaintiff

RECEIVED BY
THE ATTORNEY'S OFFICE - EDNY

MAR 14 2022

610 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722
(631) 715-7905

All Defendant Attorneys Notified by Mail

**STATE OF NEW YORK:**

**LOCAL CRIMINAL COURT:**



**COUNTY OF SUFFOLK:**

**TOWN OF RIVERHEAD:**

PEOPLE OF THE STATE OF NEW YORK
AGAINST:
ROBERT WILSON

**CRIMINAL SUMMONS**

**2018-CRI-277**

TO:   ROBERT WILSON
      77 MASTRO ROAD
      CALVERTON, NY 11933

YOU ARE HEREBY NOTIFIED That an Accusatory Instrument has been

Filed in the Court charging you, as a **DEFENDANT** with the offense (s) of:

RESISTING ARREST 205.30-PL
DIS/CON:OBSCENE LANG/GESTURES 240.20-03-PL

of the State of New York  **YOU ARE THEREFORE** DIRECTED to appear
personally before this Court at 210 Howell Avenue, Town of Riverhead, County of
**Suffolk, New York,** on **Wednesday, March 30, 2022, at 9:30 A.M.** for **Court Appearance**
upon the Accusatory Instrument above mentioned.

UPON **YOUR FAILURE TO APPEAR AS ABOVE** DIRECTED A
WARRANT MAY BE ISSUED FOR YOUR ARREST

DATED AT:  Riverhead, N.Y.
           March 02, 2022

LORI M HULSE
TOWN JUSTICE

CELLPHONES, COMPUTERS, CAMERAS AND OTHER
ELECTRONIC DEVICES ARE NOT PERMITTED IN THE
COURTHOUSE

Robert Wilson
77 Mastro Road
Calverton, NY 11933

April 4, 2022

Honorable Gary R. Brown
United States District Judge
Eastern District of New York
940 Federal Plaza
Central Islip, New York 11722

**RECEIVED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 06 2022   ★

LONG ISLAND OFFICE

Re:    Wilson v. Cuomo, et al.
        Civil Action No. CV-21-4815
        (Brown, G.) (Shields, M.J.)

Dear Judge Brown

    This is letter is to follow up on my letter of March 14, 2022, about the Riverhead Town defendants. On April 4, 2022, I receive another letter from Riverhead Town Justice Court with a new file number of 2022-CRI-99 now claiming an Accusatory Instrument charging me with Harassment 2nd: Physical Contact 20.26-01-PL. I have been informed that this is a case that was dismissed four years ago and that it is double jeopardy by clerical error, yet they still have the case on for arraignment for April 11, 2022 (copy of the letter attached). Again, the Town of Riverhead and its justices system see fits to violate my Constitutional Rights, this time the Fifth Amendment. This is clearly more harassment by the Town of Riverhead due to the pending case against the Town due to the action of Chief David Hegermiller and Town Supervisor/Police Commissioner Yvette Aguiar.

    These people are out of control and will not stop violating my Constitutional rights. It is clear that they are using corrosion to deprive me of my right to life, liberty, and happiness. I request that you put an end to these crimes by the Riverhead Town Defendants and protect my Constitutional rights as I have for all of the People of the United States over the last 40+ years.

Sincerely

*Robert Wilson*

Robert Wilson, Plaintiff

RECEIVED BY
...NEY'S OFFICE - EDNY

06 2022

610 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722
(631) 715-7900

All Defendant Attorneys Notified by Mail

STATE OF NEW YORK:

LOCAL CRIMINAL COURT:



COUNTY OF SUFFOLK:

TOWN OF RIVERHEAD:

PEOPLE OF THE STATE OF NEW YORK
                    AGAINST:
ROBERT WILSON

CRIMINAL SUMMONS

2022-CRI-99

TO:    ROBERT WILSON
       77 MASTRO ROAD
       CALVERTON, NY 11933

**YOU ARE HEREBY NOTIFIED** That an Accusatory Instrument has been Filed in the Court charging you, as a **DEFENDANT** with the offense (s) of:

**HARASSMENT-2ND:PHYSICAL CNTACT 240.26-01-PL**

of the State of New York  **YOU ARE THEREFORE DIRECTED** to appear personally before this Court at **210 Howell Avenue, Town of Riverhead, County of Suffolk, New York,** on **Monday, April 11, 2022, at 9:30 A.M.** for **Arraignment** upon the Accusatory Instrument above mentioned.

UPON YOUR FAILURE TO APPEAR AS ABOVE DIRECTED A
WARRANT MAY BE ISSUED FOR YOUR ARREST

DATED AT:  Riverhead, N.Y.
           March 31, 2022
                                        SEAN M WALTER
                                        TOWN JUSTICE

CELLPHONES, COMPUTERS, CAMERAS AND OTHER
ELECTRONIC DEVICES ARE NOT PERMITTED IN THE
COURTHOUSE

CIVIL JUSTICE COURT



210 HOWELL AVENUE
RIVERHEAD, NY 11901
631-727-3200 x221

---

DOCKET NO: 2017-SMC-59

SCHESS, LINDA
1 BELFORD LN
PORT JEFFERSON STATION, NY 11776

---

October 11, 2017

PLAINTIFF(S):
                SCHESS, LINDA
DEFENDANT(S):
                RJ CORPORATE HOLDINGS, INC.,

Dear Sir/Madam,

    This is to advise you that the above captioned matter has been set for; **CONFERENCE**, before a Town

Justice of the Town of Riverhead.

Date: **10/25/2017**

Time: **2:00**

in the Court Room at **210 HOWELL AVENUE, RIVERHEAD, NY 11901**.

Very truly yours,

**Court Room**
COURT CLERK

---

Town of Riverhead
Justice Court
210 Howell Avenue
Riverhead, New York 11901
631-727-3200 X 220
fax 631-727-8283

Allen M. Smith
Town Justice

2:30 *trial*

Lori M. Hulse
Town Justice

NEXT COURT DATE: _____Oct. 11, 2017_____

ROBERT WISBAUM
7 WASTHO ROAD
WADPACTON, NY 11933

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 02 2022   ★

LONG ISLAND OFFICE

Court Clerk
Eastern District of New York
940 Federal Plaza
conformlTISLIP, New York 11722





U.S. POSTAGE PAID
FCM LG ENV
CALVERTON, NY
11933
APR 29, 22
AMOUNT
$2.36
R2305K133877-03

UNITED STATES
POSTAL SERVICE

1000
11722