Robert Wilson
77 Mastro Road
Calverton, NY 11933

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 0 9 2022   ★

LONG ISLAND OFFICE

May 4, 2022

Honorable Anne Y. Shields
United States District Judge
Eastern District of New York
940 Federal Plaza
Central Islip, New York 11722

Re:   Wilson v. Cuomo, et al.
      Civil Action No. CV-21-4815
      (Brown, G.) (Shields, A.Y..)

Dear Judge Shields

In responses to the Riverhead Town Defendants letter of May 4, 2022, I would like them to show me in the Constitution were it gives Congress permission of none conformity. The Constitution is clear only the Military can enforce the laws it gives no other department of the Government that authority nor did the framers ever intend for it to be any other way. For the Founders, the militia arose from the posse comitatus, constituting the people as a whole and embodying the Anglo-American idea that the citizenry is the best enforcer of the law. "A militia when properly formed," wrote Richard Henry Lee in his Letters From the Federal Farmer (1787–1788), "are in fact the people themselves . . . and include all men capable of bearing arms."

According to Mackubin Owens Professor of National Security Affairs, United States Naval War College the Judiciary Act of 1789 was Unconstitutional legislation by the Federalist to prevent the Anti Federalist from pushing through an amendment to take the power from Congress and places it with the States. The Federalist who like todays Democrats wanted all power centralized in the political elite and genuinely want a Monarchy rater they a Government for the People by the People did not want the

Robert Wilson
77 Mastro Road
Calverton, NY 11933

People enforcing their own laws they want the power of Controlling the judiciary. This was the first in

many acts by Congress of Unconstitutional legislation to usurp the Peoples powers.

As far as the Riverhead Defendants statement that the Police were enforcing a lawful warrant

once again it show they cannot comprehend the English Language. Both the Judge and the Police are

bond to follow the Constitution by Article 6 Section 2 & 3. The Riverhead defendants must not have

understood that a law that does not protect all parties equally is Unconstitutional under the 14th

Amendment. Under the same Amendment creating and enforcing such a law is treason. This is call the

State Action clause and is also found in Section1 of the 14th Amendment.  They are not protect by the

11th Amendment because they committed Treason and they are bared from enforcing that law weather

it be Judge, Police Officer, or Military Officer or anyone else that has taken an Oath to the Constitution.

Due to the fact that the enforcement of that warrant which is illegal is Treason me or any other Military

personal is bound by their Oath of Office to protect the Constitution from all enemies, foreign and

domestic. The National Securities Act defines domestic enemies as anyone who use corrosion to

deprive other of their rights to Life, Liberty, and Happiness. Since that is what the State Action Clause

of the 14th Amendment is all about it is clear that the Riverhead Defendants are domestic enemies. As

for his claim there was no summons I follow the instruction of the Clerk who instructed me that a

summons was not need as this was an added case and the Riverhead Defendants attorneys had already

made an appearance. As for any Federal Rule of Civil Procedure they are also Unconstitutional as the

7th Amendment clearly states that it is Govern by Common Law and creating a rule to replace common

law is in violation of Article 6 Section 2 as it does not conform to the Constitution.

Robert Wilson
77 Mastro Road
Calverton, NY 11933

I would suggest to this attorney that instead of the taxpayers have to flip the bill for his wasted College education he should go back and ask what ever law school he went to for a refund as he can't event read or comprehend the English language nerveless the Constitution. The Game playing must end the Riverhead Town Defendants are guilty of violating my Constitutional Rights and destroying my business. The other matter was dropped so that is not event relevant. I would like a conference as well asap so we can drop these false claims by the Riverhead Town Defendants and put them in prison where they belong.

Sincerely

Robert Wilson, Plaintiff

All Defendant Attorneys Notified by Mail

FOREVER★USA

NEW YORK NY 100

5 MAY 2022 PM 6 L

Court Clerk
Eastern District of New York
940 Federal Plaza
Central Islip, NY 11733

USPS

11722-4416

Robert Wilson
77 Mastro Road
Calverton, NY 11933