Robert Wilson
77 Mastro Road
Calverton, NY 11933
631-871-4945
Raw1292@optonline.net



May 23, 2022

RE: Case: Wilson v. Cuomo

CV-21-4815

Chief Judge Margo K. Brodie
United States District Court for
The Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Brodie

I am writing to file a compliant about the outright corruption of The Eastern District of New York and the violation of my rights in the above reference case.

1. All Federal Courts are unconstutional and were create by a fraudulent act of Congress, the Judiciary Act of 1789. The Constitution clearly states in Article 1, Section 8 Clause 15 that the laws of the Union are executed by the Militia (Military) and that Congress on has the authority to call out the Militia to execute those laws. Nowhere in the Constitution is Congress authorized to create any other organization or agency to execute the laws of the union. Article 3 has not one thing to do with authorizing the selection of Judges or giving them authority to execute the laws of the Union. This only make common sense as the Framers and the People in ratifying the Constitution gave Constitutional Authority to the Military. The same goes for the US Attorney and the US Marshalls and every other agency created under the Judiciary Act of 1789. In fact, in the minutes of the Constitutional Convention the Framer state their reasoning behind giving the power to execute the laws of the Union to the Military and only the Military. They state that Militia is a French word that means "The People" and that since the Militia was made up of volunteers of the People who better to execute the laws of the people then the People themselves. They also state they could think of no better way to protect the people's rights.

2. The Judges and Lawyers practicing in the Eastern District of New York and throughout the country try to decide Civil cases by the Federal Rules of Civil Procedure, another Unconstitutional Act. The 7th Amendment which governs civil case in this country was established to prevent the Federalist Supreme Court from trampling the rights of the Anti-federalist in civil cases just as the 6th Amendment did in criminal cases. This was Thomas

Robert Wilson
77 Mastro Road
Calverton, NY 11933
631-871-4945
Raw1292@optonline.net

Jefferson and his fellow Anti-federalist answer to the corruption of the Federalist action in pushing through the Judiciary Act of 1789. The 7th Amendment is govern by Common law as it was in 1789 which called for the Plaintiff to notify the Court, the Court to notify the Defendant both sides told their story and the Jury decided who was telling the truth and the damages. This is way the 7th Amendment state "no fact tried by a jury, shall be otherwise re-examined in any Court." If either party did not show up the party that did told their story to the Jury to decide damages, but the other party was consider guilty. The FRCP does nothing more than allow a Judge to manipulate the outcome of a civil case. The FRCP violates the People's rights under the 7th Amendment, the exacted reason it was instituted. The FRCP directly conflicts with the 7th Amendment and is voided by Pursuance thereof clause of Article 6 Section 2.

3. I filled for a defaulted certificate on December 20, 2021, last Thursday May 19, 2022, I called the Pro Se Office to see way I had never heard anything. Then I get notice that my requested had been denied for now and the reason given were all bogus, fraudulent, and a violation of my 14th Amendment rights to equal protection under the law. The reason given were the NYS defendants had filed a notice of appearance Item 18 on the docket. They filed 57 days late without informing me. This was one of the do process violation of Judge Seybert I complained about to you on December 20, 2021, Item 26 on the docket and demanded she be removed from the case and the bench. Event under the fraudulent FRCP they need to show a good reason for their lateness and have not. Part of this compliant is that the NYS Defendants violated my equal protection rights and the State Action Clause by in acting an Unconstitutional statue and trying to enforce it. In the States Lien Law The Consumer can rip off a contractor and the Contractor has to take them to civil court but if the Contractor does not tell them what bank account they deposit a down payment check in event when the contractor shows that the consumer owes them more than the deposit check the contractor can be prosecuted for Fraud where the equal protection? Any one with a brain should take 5 seconds to say that is Unconstitutional. A Federal Crime under the State Action Clause of the 14th Amendment. The Eastern District of New York thinks it ok to allow an ongoing crime to processed for more the 9 months after it was reported? Then the denial claim the same for the United States of America who filed their notice on February 8, 2022, 49 days after I filed for the Certificate of Default, again no good reason given by the Unconstitutional US Attorney who is trying to scam his way out of the criminal action of the Unconstitutional US Marshall. Then it claimed that for the Southold Town and Suffolk County Defendants that I never filed proof of service. This is a lie. See Item 6. I have file stamped and signed covers sheets by the people

Robert Wilson
77 Mastro Road
Calverton, NY 11933
631-871-4945
Raw1292@optonline.net

who received service for the third time, once in responses to the Riverhead Town Defendants same claim Item 13, once to you Item 26 and in response to this Fraud Item 47.

It is clear that the Federal Judiciary is Unconstitutional, it is clear that the action taken in this case are politicly motivated. I know shutting down the fraudulent Courts and Justice Department will take time. I am demanding these defaulted Judgements be issued by no latter then this Friday May 27. If you have any integrity you will call me the moment you receive this letter to discusses this matter.

Sincerely

*Robert Wilson*
Robert Wilson, Pro Se

## THE FIRST ATTACK ON THE CONSTITUTION BY THE EXECUTIVE & LEGISLATIVE BRANCHES WAS THE FIRST THING CONGRESS EVER DID!

The Framers of the Constitution, well some Framers, knew that others had only one thing in mind, leach as much of the People's Powers for themselves and their Political allies as they possibly could. One of those key areas that many of the Framers were concerned with was the enforcement of the Laws of the Union. Their solution was to put the Militia in charge of enforcing the laws of the Union and protecting the Country from insurrections and invasions. This appears in Article 1 Section 8 at Clause 15.

Section 8 of the first article of the Constitution defines the powers of Congress. When it comes to the execution of the laws of the land the only authority Congress was given by the Framers was the power to call out the Militia to execute the Laws of the Union. Nowhere in the Constitution was anybody given any authority to create any other agency to execute the laws of the Land. Nor has there ever been an Amendment to the Constitution that allows any body the authority to create any other Agency to execute the laws of the union. In fact, in the minutes of the Constitutional Convention, the Framers stated their reasoning for designating the Militia as the sole executors of the laws of the Union.

The Framers explained that this is Government for the People by the People, and the laws of the Union are the Peoples laws. They went on to state that the word Militia is a French word that means the People and who better to execute the People's Laws than the People themselves. There was though, a group of the Framers who wanted all of the Power of the Nation to be in a large, centralized Government that had control over both the People and the States. This group did not want a President they wanted a King. They were known as the Federalist. In the election of 1788, the Federalist gained control of Congress and their very first action was the creation of the Judiciary Act of 1789.

The Federalist claim was that Article 3 gave them the authority to create the authority of the Execution of the Law of the Land, which it does not. Section one states that the Judicial Powers are vested in one Court, Congress can create inferior Courts, Judges hold their Offices during good behavior, and they get paid. Section 2 talks about the types of cases the Courts can hear, and Section 3 talks about Treason but nowhere does it give authority to create any agency to execute the laws of the

Union. The reason is simple, the authority was already vested in the Militia in Article 1 Section 8 Clause 15.

The Federalist pushed through the Judiciary Act of 1789 and the President George Washington signed it into law. The statute is clearly Unconstitutional and clearly voided by Article 6 Section 2 as Section 2 states laws must be made "in Pursuance thereof," meaning conforming to, the Constitution. Therefore, if a law does not conform to the Constitution, it is not the supreme law of the land, and it is an Unconstitutional law.

There is a clear reason that the Federalist created and pushed through an Unconstitutional law, a law that they all know was Unconstitutional, Power. You see if you know that any Judge you appoint under the Unconstitutional law, any US Attorney, any US Marshall, and the countless policing agency that have been created since 1789 are controlled by the political power brokers. Simple all of these people holding these positions are committing crimes punishable by death. The action is treason as when you possess as Military Personal under the UCMJ you are a spy and treasonous. Under the National Securities Act you are a domestic enemy which is defined as a **domestic lawbreaker who uses coercion, fraud, or force to deprive others of life, liberty, and the pursuit of happiness. Every prosecution, every trial, every arrest by any of these fraudulent government officials is treason as it is not only coercion it is also fraud, force and law breaking.**

To regain control of the Country we must remove these people from their position of authority. They must be severely punished. We must remove all political influence from the Military and control them by a board of Citizens with all advancement controlled by merit and not political appointments. All current politician must be removed from office and banded from ever holding office again.

Robert Wilson
77 Mastro Road
Calverton NY 11933

Chief Judge Margo K. Brodie
US Dist. Court for The Eastern District NY
225 Cadman Plaza East
Brooklyn, NY 11201

Time Sensitive
Open Right Away

