UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

ROBERT WILSON,

                 Plaintiff,         **MEMORANDUM & ORDER**
                                        21-CV-4815(EK)(ST)

              -against-

ANDREW M. CUOMO, et al.,

                Defendants.

------------------------------------x
ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Shields'
Report and Recommendation (R&R) dated August 28, 2022.  ECF No.
52.  Judge Shields recommends that Defendants Yvette Aguiar and
David Hegermiller's motion to dismiss be granted in its
entirety.  No party has filed objections, and the time to do so
has expired.  *See* Fed. R. Civ. P. 72(b) advisory committee's
note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v.
Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having
reviewed the record, I find no clear error and therefore adopt

the R&R in its entirety.  Thus, all claims against Defendants
Aguiar and Hegermiller are dismissed.

      SO ORDERED.


                         /s/ Eric Komitee
                        ERIC KOMITEE
                        United States District Judge


Dated:    September 30, 2022
          Brooklyn, New York