**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 30 2022 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ROBERT WILSON,

               Plaintiff,                      JUDGMENT
                                        21-CV-4815(EK)(ST)

               -against-

ANDREW M. CUOMO, et al.,

               Defendants.
------------------------------------------------------------- X

    A Memorandum and Order of Honorable Eric Komitee, United States District Judge,

having been filed on September 30, 2022, adopting the Report and Recommendation of

Magistrate Judge Anne Y. Shields, dated August 28, 2022, granting Defendants Yvette Aguiar

and David Hegermiller's motion to dismiss in its entirety; and dismissing all claims against

Defendants Aguiar and Hegermiller; it is

    ORDERED and ADJUDGED that Defendants Yvette Aguiar and David Hegermiller's

motion to dismiss is granted in its entirety; and that all claims against Defendants Aguiar and

Hegermiller are dismissed.

Dated: Brooklyn, NY                         Brenna B. Mahoney
       September 30, 2022                 Clerk of Court

                                   By: */s/Jalitza Poveda*
                                    Deputy Clerk